EDWARDS WILDMAN PALMER LLP
Dominique R. Shelton (SBN 157710)
dshelton@edwardswildman.com
Erin L. Pfaff (SBN 259349)
epfaff@edwardswildman.com
9665 Wilshire Blvd., Suite 200
Beverly Hills,CA 90212
Phone: 310-860-8700/Fax: 310-860-3800

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHAHROKH MIRESKANDARI | **CASE NUMBER:** |
| Plaintiff(s) | CV12-02943-MMM (FFMx) |
| v. | **PROOF OF SERVICE** |
| DAILY MAIL; ASSOCIATED NEWSPAPER LTD.; | **SUMMONS AND COMPLAINT** |
| Defendant(s) | (Use separate proof of service for each person/party served) |

1.  At the time of service I was at least 18 years of age and not a party to this action and **I served** copies of the *(specify documents)*:
    a.  ☒ summons      ☒ complaint      ☐ alias summons      ☐ first amended complaint
                                                            ☐ second amended complaint
                                                            ☐ third amended complaint

    ☒ other *(specify)*: Civil Cover Sheet; Notices of Interested Parties and to Counsel

2.  **Person served:**
    a.  ☒ Defendant *(name)*: Associated Newspaper Limited
    b.  ☐ Other *(specify name and title or relationship to the party/business named)*:

    c.  ☒ Address where papers were served: Northcliffe Hse, 2 Derry St Kensington London W8 5TT

3.  **Manner of Service** in compliance with *(the appropriate box must be checked)*:
    a.  ☒ Federal Rules of Civil Procedure
    b.  ☐ California Code of Civil Procedure

4.  **I served** the person named in Item 2:

    a.  ☐ By **Personal service.** By personally delivering copies. If the person is a minor, by leaving copies with a parent, guardian, conservator or similar fiduciary and to the minor if at least twelve (12) years of age.
        1.  ☐ Papers were served on *(date)*: _____ at *(time)*: _____

    b.  ☐ By **Substituted service.** By leaving copies:
        1.  ☐ **(home)** at the dwelling house, usual place of abode, or usual place of business of the person served in the presence of a competent member of the household, at least 18 years of age, who was informed of the general nature of the papers.
        2.  ☐ **(business)** or a person apparently in charge of the office of place of business, at least 18 years of age, who was informed of the general nature of the papers.
        3.  ☐ Papers were served on *(date)*: _____ at *(time)*: _____
        4.  ☐ **by mailing** *(by first-class mail, postage prepaid)* copies to the person served in Item 2(b) at the place where the copies were left in Item 2(c).
        5.  ☐ **papers were mailed** on *(date)*: _____
        6.  ☐ **due diligence.** I made at least three (3) attempts to personally serve the defendant.

---

**PROOF OF SERVICE - SUMMONS AND COMPLAINT**

c. ☐ **Mail and acknowledgment of service.** By mailing *(by first-class mail or airmail, postage prepaid)* copies to the person served, with two (2) copies of the form of Waiver of Service of Summons and Complaint and a return envelope, postage prepaid addressed to the sender. **(Attach completed Waiver of Service of Summons and Complaint).**

d. ☐ **Service on domestic corporation, unincorporated association (including partnership), or public entity. (F.R.Civ.P. 4(h)) (C.C.P. 416.10)** By delivering, during usual business hours, a copy of the summons and complaint to an officer, a managing or general agent, or to any other agent authorized by appointment or by law to receive service of process and, if the agent is one authorized by statute and the statute so requires, by also mailing, by first-class mail, postage prepaid, a copy to the defendant.

e. ☐ **Substituted service on domestic corporation, unincorporated association (including partnership), or public entity. (C.C.P. 415.20 only)** By leaving during usual office hours, a copy of the summons and complaint in the office of the person served with the person who apparently was in charge and thereafter by mailing *(by first-class mail, postage prepaid)* copies to the persons at the place where the copies were left in full compliance with C.C.P. 415.20. Substitute service upon the California Secretary of State requires a court order. **(Attach a copy of the order to this Proof of Service).**

f. ☒ **Service on a foreign corporation.** In any manner prescribed for individuals by FRCP 4(f).

g. ☐ **Certified or registered mail service.** By mailing to an address outside California *(by first-class mail, postage prepaid, requiring a return receipt)* copies to the person served. **(Attach signed return receipt or other evidence of actual receipt by the person served).**

h. ☐ **Other** (specify code section and type of service):

5. Service upon the **United States, and Its Agencies, Corporations or Officers.**

a. ☐ by delivering a copy of the summons and complaint to the clerical employee designated by the U.S. Attorney authorized to accept service, pursuant to the procedures for the Office of the U.S. Attorney for acceptance of service, or by sending a copy of the summons and complaint by registered or certified mail addressed to the civil process clerk at the U.S. Attorneys Office.

Name of person served:

Title of person served:

Date and time of service:  *(date):* _____  at *(time):* _____

b. ☐ By sending a copy of the summons and complaint by registered or certified mail to the Attorney General of the United States at Washington, D.C. **(Attach signed return receipt or other evidence of actual receipt by the person served).**

c. ☐ By sending a copy of the summons and complaint by registered or certified mail to the officer, agency or corporation **(Attach signed return receipt or other evidence of actual receipt by the person served)**

6. At the time of service I was at least 18 years of age and not a party to this action.

7. Person serving *(name, address and telephone number)*:

ALEXANDER GRIMM
EDWARDS WILDMAN PALMER UK LLP
DASHWOOD
69 OLD BROAD STREET
LONDON
EC2M 1QS
UK   TEL:- 0044 207 556 4165

a. Fee for service: $

b. ☐ Not a registered California process server

c. ☒ Exempt from registration under B&P 22350(b)

d. ☐ Registered California process server

8. ☐ I am a California sheriff, marshal, or constable and I certify that the foregoing is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Date: 17/04/2012

_____
*(Signature)*

**PROOF OF SERVICE - SUMMONS AND COMPLAINT**



**EDWARDS WILDMAN**

EDWARDS WILDMAN PALMER UK LLP
DASHWOOD, 69 OLD BROAD STREET,
LONDON EC2M 1QS, UK
+44 (0) 20 7583 4055 main  +44 (0) 20 7353 7377 fax
edwardswildman.com

Associated Newspapers Limited
Northcliffe House
2 Derry Street
Kensington
London
W8 5TT

Antonio Suarez-Martinez
Partner
*tel* +44.207.556.4526
*fax* +44.207.716.3685
DX 744 London City
asuarez-martinez@edwardswildman.com

By hand                                                     16 April 2012

Our ref      ASM/312132/0001

Dear Sirs

**United States District Court, Central District of California: Shahrokh Mireskandari v Daily Mail;
Associated Newspapers Ltd; National Student Clearing House; David Gardner and DOES 1-10**

Please find enclosed, by way of service, legal proceedings in above matter, which have been filed in the
Central District Court of California.

Please countersign this letter as indicated below to acknowledge receipt.

Yours faithfully

*Edwards Wildman Palmer UK LLP*

Enc.

I hereby acknowledge receipt of the above legal proceedings on behalf of Associated Newspapers Limited

NAME: .................. *Lindsay Hodgkinson*

POSITION... *Group Legal Adviser*

DATE:... *16 . 04 . 2012*

PCL2\13873425\1

BOSTON • CHICAGO • FT LAUDERDALE • HARTFORD • LONDON • LOS ANGELES • MADISON NJ • NEW YORK • NEWPORT BEACH
PROVIDENCE • STAMFORD • TOKYO • WASHINGTON DC • WEST PALM BEACH • HONG KONG (associated office)
Edwards Wildman Palmer UK LLP is a limited liability partnership registered in England (registered number OC333092) and is authorised and regulated by the Solicitors Regulation
Authority. A list of members' names and their professional qualifications may be inspected at our registered office, Dashwood, 69 Old Broad Street, London EC2M 1QS, UK.