| Attorney or Party without Attorney: <br> DOMINIQUE R. SHELTON, Bar #157710 <br> EDWARDS WILDMAN PALMER, LLP <br> 9665 WILSHIRE BOULEVARD <br> SUITE 200 <br> BEVERLY HILLS, CA 90212 <br> Telephone No: 310-860-8711    FAX No: 310-860-3800 <br> *Ref. No. or File No.:* <br> *Attorney for:* Plaintiff | For Court Use Only |
|---|---|
| *Insert name of Court, and Judicial District and Branch Court:* <br> United States District Court, Central District Of California | |
| *Plaintiff:* SHAHROKH MIRESKANDARI | |
| *Defendant:* DAILY MAIL AND GENERAL TRUST PLC, ET AL. | |

| **PROOF OF SERVICE** <br> **SUMMONS** | *Hearing Date:* | *Time:* | *Dept/Div:* | Case Number: <br> 2:12-CV-02943-MMM-FFM |
|---|---|---|---|---|

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the SUMMONS; FIRST AMENDED COMPLAINT.

3. a. Party served:           ASSOCIATED NEWSPAPER LTD.
   b. Person served:         HOWARD MURRAY, AUTHORIZED TO ACCEPT SERVICE, SERVED UNDER F.R.C.P. RULE 4

4. Address where the party was served:    865 S. FIGUEROA ST.
                                          SUITE 2400
                                          LOS ANGELES, CA 90017

5. I served the party:
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on: Thu., May. 24, 2012 (2) at: 3:15PM

7. *Person Who Served Papers:*                       Recoverable Cost Per CCP 1033.5(a)(4)(B)
   a. DOUG FORREST                                    d. *The Fee for Service was:*



   1511 West Beverly Blvd.                            e. I am: (3) registered California process server
   Los Angeles, CA 90026                                 (i)   Independent Contractor
   Telephone   (213) 250-9111                            (ii)  Registration No.:   5141
   Fax         (213) 250-1197                            (iii) County:             Los Angeles
   www.firstlegalnetwork.com

8. *I declare under penalty of perjury under the laws of the State of California and under the laws of the United States Of America that the foregoing is true and correct.*
   Date: Fri, May. 25, 2012

                                                                                              (DOUG FORREST)

Judicial Council Form                          PROOF OF SERVICE                                5251840   .domsh.452250
Rule 2.150.(a)&(b) Rev January 1, 2007              SUMMONS