DAVIS WRIGHT TREMAINE LLP
865 S. FIGUEROA ST.
SUITE 2400
LOS ANGELES, CALIFORNIA 90017-2566
TELEPHONE (213) 633-6800
FAX (213) 633-6899

KELLI L. SAGER (State Bar No. 120162)
  kellisager@dwt.com
MARY H. HAAS (State Bar No. 149770)
  maryhaas@dwt.com
NICOLAS A. JAMPOL (State Bar No. 244867)
  nicolasjampol@dwt.com
DAN LAIDMAN (State Bar No. 274482)
  danlaidman@dwt.com

Attorneys for Defendants
ASSOCIATED NEWSPAPERS LTD and DAVID GARDNER

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHAHROKH MIRESKANDARI,<br><br>             Plaintiff,<br><br>     vs.<br><br>DAILY MAIL; ASSOCIATED NEWSPAPER LTD; NATIONAL STUDENT CLEARING HOUSE; DAVID GARDNER; and DOES 1-10, INCLUSIVE,<br><br>             Defendants. | **Case No. CV12-02943 MMM (SSx)**<br><br>**SUPPLEMENTAL DECLARATION OF NICOLAS A. JAMPOL IN SUPPORT OF MOTION OF DEFENDANTS ASSOCIATED NEWSPAPERS LTD AND DAVID GARDNER TO RECOVER ATTORNEYS' FEES; EXHIBIT E**<br><br>Hearing Date:  November 10, 2014<br>Time:           10:00 a.m.<br>Department:    780<br><br>[Reply In Support of Motion to Recover Attorneys' Fees Filed Concurrently] |

# SUPPLEMENTAL DECLARATION OF NICOLAS A. JAMPOL

I, Nicolas A. Jampol, declare as follows:

1.  I am an attorney admitted to practice before all the courts of the State of California and before this Court. I am an associate in the law firm of Davis Wright Tremaine LLP ("DWT"), and I am one of the attorneys representing defendants Associated Newspapers Ltd ("ANL") and David Gardner (collectively "ANL Defendants") in this matter. The facts stated below are true of my own personal knowledge, except for those matters stated on information and belief, which I am informed and believe to be true. If called upon to testify, I could and would competently testify to these facts.

2.  In my August 22, 2014 declaration in support of the ANL Defendants' Motion to Recover Attorneys' Fees, I estimated that in the month of August 2014, DWT partner Mary Haas spent approximately 2.5 hours in connection with the fee motion, DWT associate Dan Laidman spent approximately 6 hours in connection with the fee motion, I spent approximately 15 hours in connection with the fee motion, and DWT paralegal Warren Keville spent approximately 16.5 hours preparing invoices for the fee motion. Jampol Decl. ¶ 12. Invoices have now been generated for August 2014, and I have confirmed that each DWT professional actually spent more than the amount of hours that I estimated in my declaration. Our August 2014 invoice, which details the time spent in connection with the fee motion, is attached as **Exhibit E** to this declaration.

3.  As described in my original declaration, the discounted billing rates for the ANL Defendants are as follows: Kelli Sager ($552), Mary Haas ($468), Nicolas Jampol ($352), Dan Laidman ($284), and Warren Keville ($116). Jampol Decl. ¶ 5 & Ex. A. As calculated in the table below, the ANL Defendants seek an additional $10,068 for the time incurred in connection with the fee motion in August 2014. In a gesture of good faith, the ANL Defendants are seeking only reimbursement for the

1
SUPPLEMENTAL DECLARATION OF NICOLAS A. JAMPOL
DWT 25163466v1 0049264-000012

DAVIS WRIGHT TREMAINE LLP
865 S. FIGUEROA ST, SUITE 2400
LOS ANGELES, CALIFORNIA 90017-2566
(213) 633-6800
Fax: (213) 633-6899

amount of time estimated in my original declaration despite the fact that each DWT professional ended up spending more time than originally estimated.

| Billing Professional | Hourly Rate | Hours | Total Amount |
|---|---|---|---|
| Mary Haas | $468 | 2.5 hours | $1,170 |
| Nicolas Jampol | $352 | 15 hours | $5,280 |
| Dan Laidman | $284 | 6 hours | $1,704 |
| Warren Keville | $116 | 16.5 hours | $1,914 |
| TOTAL | | | $10,068 |

4. Invoices have not yet been generated for the month of October 2014, but I am informed that Ms. Sager spent approximately 1.8 hours reviewing Plaintiff's opposition brief on the fee motion and reviewing/revising the reply brief, Ms. Haas spent approximately 4 hours preparing and revising the reply brief, and I spent approximately 15 hours preparing the reply brief and this supplemental declaration. Accordingly, the ANL Defendants have incurred an additional $8,145.60 in connection with this reply brief.

| Billing Professional | Hourly Rate | Hours | Total Amount |
|---|---|---|---|
| Kelli Sager | $552 | 1.8 hours | $993.60 |
| Mary Haas | $468 | 4 hours | $1,872 |
| Nicolas Jampol | $352 | 15 hours | $5,280 |
| TOTAL | | | $8,145.60 |

5. The ANL Defendants estimate that Ms. Haas will spend three hours preparing for and attending the hearing on this motion, if one is held. This would result in an additional $1,404 in attorneys' fees incurred.

6. The ANL Defendants sought a total of $153,531.20 in the fee motion and stated that they would supplement the request when they filed the reply brief. Accordingly, the ANL Defendants seek an additional $10,068 in connection with the

2
SUPPLEMENTAL DECLARATION OF NICOLAS A. JAMPOL
DWT 25163466v1 0049264-000012

DAVIS WRIGHT TREMAINE LLP
865 S. FIGUEROA ST, SUITE 2400
LOS ANGELES, CALIFORNIA 90017-2566
(213) 633-6800
Fax: (213) 633-6899

fee motion, $8,145.60 in connection with the reply brief, and $1,404 in connection with a hearing. The ANL Defendants thus seek a total of $173,148.80 in attorneys' fees.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct, and that this declaration was executed on October 27, 2014 in Los Angeles, California.

        /s/ Nicolas A. Jampol
        Nicolas A. Jampol

3
SUPPLEMENTAL DECLARATION OF NICOLAS A. JAMPOL
DWT 25163466v1 0049264-000012

DAVIS WRIGHT TREMAINE LLP
865 S. FIGUEROA ST, SUITE 2400
LOS ANGELES, CALIFORNIA 90017-2566
(213) 633-6800
Fax: (213) 633-6899